-**FILED**-
IN OPEN COURT

**JUN 1 1 2025**

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** (One Count) |
| | ) | |
| v. | ) | Case No.: 3:25-cr-42 CCB SJF |
| | ) | |
| GERALD FELIZ DEL ORBE | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE GRAND JURY CHARGES:**

On or about March 14, 2025, in the Northern District of Indiana,

**GERALD FELIZ DEL ORBE,**

defendant herein, knowingly made a false statement and representation to a licensed firearms dealer, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the licensed firearms dealer, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that the defendant was not an alien admitted to the United States under a nonimmigrant visa, when in fact he was an alien admitted to the United Stated under a nonimmigrant visa.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated: June 11, 2025

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

    TINA L. NOMMAY
    ACTING UNITED STATES ATTORNEY

By:  *s/ Katelan McKenzie Doyle*
    Katelan McKenzie Doyle
    Assistant United States Attorney